Form FIND

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re: H & J Hot Food, Inc.<br>   dba   Chao Vit Thanh Da<br>       Debtor(s) | Case No.: 13–54392 SLJ 7<br>Chapter: 7 |

## FINAL DECREE

The estate of the above named debtor has been fully administered.

☐ The deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

☑ Mohamed Poonja is discharged as trustee of the estate of the above–named debtor and the bond is canceled.

☑ the chapter 7 case of the above–named debtor is closed;

and

☐ Other

Dated: <u>11/10/14</u>                         By the Court:

                                                    Stephen L. Johnson
                                                    United States Bankruptcy Judge